Submitted on record and briefs June 30, 1998, reversed March 10, 1999

STATE OF OREGON,
*Respondent,*

*v.*

PAUL LESLIE OVENS,
*Appellant.*

(96D109281; CA A98082)

976 P2d 573

Sally L. Avera, Public Defender, and Hari Nam S. Khalsa, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Robert B. Rocklin, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warren, Senior Judge.

PER CURIAM

Reversed. *State v. Brust*, 158 Or App 455, 974 P2d 734 (1999).